1    Hartford O. Brown, Bar No. 190507
     Mark J. Goldsmith, Bar No. 244339
2    KLINEDINST PC
     777 S. Figueroa St., 47th Floor
3    Los Angeles, California 90017
     (213) 607-2115/FAX (213) 607-2116
4    hbrown@klinedinstlaw.com
     mgoldsmith@klinedinstlaw.com
5

6    Attorneys for Defendant
     DAVID SIPES

7

8             **UNITED STATES DISTRICT COURT**

9          **NORTHERN DISTRICT OF CALIFORNIA**

10

11    DOUGLAS MATTERN, et al.,,        Case No.    3:10-CV-2924 TEH

12              Plaintiffs,        **ORDER APPROVING STIPULATION FOR EXTENSION OF TIME TO**

13        v.                   **RESPOND TO FIRST AMENDED COMPLAINT**

14    PUSHTRAFFIC, et al.,,

15             Defendants.    Courtroom:    12; 19th Floor
                              Judge:         Hon. Thelton E. Henderson
                              Trial Date:     None set

16

17        The Court having considered the Stipulation for Extension of Time to Respond to

18    the First Amended Complaint submitted by the parties, and good cause appearing:

19          1.       The Stipulation is approved; and,

20          2.       Defendant Finity Consulting, LLC shall respond to the First Amended

21              Complaint on November 22, 2010.

22    IT IS SO ORDERED.

23

24    DATED:    _____11/2/10_____

25

26



27    1060082v1                               HON. THELTON E. HENDERSON

28

                                        - 1 -

KLINEDINST PC
777 S. FIGUEROA ST., 47TH FLOOR
LOS ANGELES, CALIFORNIA 90017