1  Hartford O. Brown, Bar No. 190507
   Mark J. Goldsmith, Bar No. 244339
2  KLINEDINST PC
   777 S. Figueroa St., 47th Floor
3  Los Angeles, California 90017
   (213) 607-2115/FAX (213) 607-2116
4  hbrown@klinedinstlaw.com
   mgoldsmith@klinedinstlaw.com
5

6  Attorneys for Defendants
   DAVID SIPES
7  FINITY CONSULTING, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS MATTERN, et al., | Case No.   3:10-CV-2924 TEH |
| Plaintiffs, | [~~PROPOSED~~] ORDER RE: STIPULATION FOR PARTIAL CONSENT TO TRO |
| v. | |
| PUSHTRAFFIC, et al., | DATE:         DECEMBER 6, 2010<br>TIME:          10:00 A.M.<br>COURTROOM: 12; 19TH FLOOR<br>JUDGE:         HON. THELTON E. |
| Defendants. | |

The Court having considered the Stipulation for Partial Consent to TRO submitted by the parties, and good cause appearing:

    1.    The Stipulation is approved; and

    2.    Defendants Sipes and Finity, agree not to knowingly contact the named Plaintiffs in this action to solicit business as long as Sipes, Finity, and the individual Plaintiffs remain parties in the matter.

    3.    Plaintiffs agree not to knowingly contact Sipes and/or Finity as Sipes, Finity, and the individual Plaintiffs remain parties in the matter.

///

///

///

- 1 -

4. Plaintiffs agree to withdraw their collective Motion for Temporary Restraining Order as to Defendants Sipes and Finity.

**IT IS SO ORDERED.**

DATED: 11/24/10



HON: Judge Thelton E. Henderson

1076856v1

KLINEDINST PC
777 S. FIGUEROA ST., 47TH FLOOR
LOS ANGELES, CALIFORNIA 90017

- 2 -

**[Proposed] Order Re: Stipulation For Partial Consent To Tro**
3:10-CV-2924 TEH