```
 1  THOMAS EASTON CSB #109218
    LAW OFFICE OF THOMAS EASTON
 2  967 Sunset Dr
    Springfield OR 97477
 3  Tel: 541-746-1335
    easton3535@gmail.com
 4
    JONATHAN H. LEVY CSB #158032
 5  37 Royale Pointe Dr
    Hilton Head SC 29926
 6  Tel: 202-318-2406
    Fax: 202-318-2406
 7  jonlevy@hargray.com
    Attorneys for Plaintiffs
 8
```

9              **UNITED STATES DISTRICT COURT**

10             **NORTHERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| **DOUGLAS MATTERN, et al.,** | **NO. 10-CV-2924 TEH** |
| Plaintiffs, | **NOTICE OF MOTION AND MOTION PLAINTIFF'S NOTICE OF DISMISSAL OF DEFENDANT PROGRESSIVE TAX GROUP, DBA TAX GROUP CENTER and (Proposed) ORDER** |
| v. | |
| **PUSHTRAFFIC, et al.,** | |
| Defendants. | No hearing required. |

17  NOTICE OF MOTION AND MOTION  PLAINTIFF'S NOTICE OF DISMISSAL OF DEFENDANT PROGRESSIVE TAX GROUP, DBA TAX GROUP CENTER

18

19  COMES NOW plaintiff Mattern, et al., by and through its undersigned counsel and

20  pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and hereby voluntarily dismisses

21  with prejudice defendant Progressive Tax Group, dba Tax Group Center from this action.

22  DATED:  December 3, 2010.                                   Respectfully submitted,

                                                           s/ Thomas Easton, Esq.    .
23                                                             THOMAS EASTON
                                                                Of Attorneys for
24                                                         Plaintiffs Mattern et al.

25                              **CERTIFICATE OF SERVICE**
    I hereby certify that a true and correct copy of the forgoing document has been filed
26  with the Courts' CM/ECF filing system on this 3rd day of December, 2010, which will provide
    service on all counsel of record.
27                                                             s/Thomas Easton, Esq;

28

**(PROPOSED) ORDER**

1
2
3
4
5   **IT IS SO ORDERED.**
6
7   DATED: 12/09/2010
8
9   _____
10  Judge Thelton E. Henderson
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28